GARG GOLDEN LAW FIRM
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
CHARLES J. LEE, ESQ.
Nevada Bar No. 13523
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
Tel:  (702) 850-0202
Fax:  (702) 850-0204
Email: agolden@garggolden.com

Counsel for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGEANN SEUELL,<br><br>            Plaintiff,<br><br>vs.<br><br>OPPORTUNITY VILLAGE ASSOCIATION FOR RETARDED CITIZENS,<br>a Nevada non-profit corporation; and<br>OPPORTUNITY VILLAGE FOUNDATION,<br>a Nevada non-profit corporation,<br><br>            Defendants. | CASE NO.:    2:20-cv-00702-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1 and LR 7-1, Plaintiff, Georgeann Seuell, and Defendants Opportunity Village Association for Retarded Citizens and Opportunity Village Foundation, through their respective attorneys of record, hereby stipulate and agree that Defendants have until June 12, 2020 to respond to the Complaint (ECF No. 1). Defendants were served with a copy of the Summons and Complaint on April 23, 2020. However, Defendants did not receive notice that they had been served until May 20, 2020. Good cause exists to grant this extension because Defendants require time to investigate and prepare its response to the Complaint. This is the first request for an extension made by the parties and the parties make this request in good faith and

/ / /

GARG GOLDEN LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202

not for the purpose of delay.

Dated this 28th day of May, 2020.　　　　　　Dated this 28th day of May, 2020.

GARG GOLDEN LAW FIRM　　　　　　　　　LAW OFFICES OF ROBERT P. SPRETNAK

By  */s/ Anthony B. Golden*　　　　　　　　　By  */s/ Robert P. Spretnak*
　　ANTHONY B. GOLDEN, ESQ.　　　　　　　　ROBERT P. SPRETNAK, ESQ.
　　3145 St. Rose Parkway, Suite 230　　　　　　8275 S. Eastern Avenue, Suite 200
　　Henderson, Nevada 89052　　　　　　　　　Las Vegas, Nevada 89123
　　(702) 850-0202　　　　　　　　　　　　　　(702) 454-4900

*Counsel for Defendants*　　　　　　　　　　　*Counsel for Plaintiff*

**ORDER**

IT IS SO ORDERED:

_____
Daniel J. Albregts
United States Magistrate Judge

DATED:  June 2, 2020