LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob@spretnak.com
Attorney for Plaintiff

GARG GOLDEN LAW FIRM
Anthony B. Golden, Esq. (Bar No. 9563)
Puneet K. Garg, Esq. (Bar No. 9811)
Charles J. Lee, Esq. (Bar No. 13523)
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
Telephone: (702) 850-0202
Fax: (702) 850-0204
Email: pgarg@garggolden.com, agolden@garggolden.com, clee@garggolden.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGEANN SEUELL,<br><br>    Plaintiff,<br><br>vs.<br><br>OPPORTUNITY VILLAGE ASSOCIATION FOR RETARDED CITIZENS, a Nevada non-profit corporation; and OPPORTUNITY VILLAGE FOUNDATION, a Nevada non-profit corporation,<br><br>    Defendant. | Case No.: 2:20-cv-00702-JAD-DJA<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>ECF No. 17 |

IT IS STIPULATED AND AGREED, by Plaintiff GEORGEANN SEUELL, and by Defendants OPPORTUNITY VILLAGE ASSOCIATION FOR RETARDED CITIZENS, a Nevada non-profit corporation, and OPPORTUNITY VILLAGE FOUNDATION, a Nevada non-profit corporation, by and through their respective counsel of record, that all claims in this above-entitled matter are hereby DISMISSED WITH PREJUDICE.

////

////

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 2

The parties have agreed that each party shall bear her or its own attorney's fees and costs.

DATED: October 7, 2020.

LAW OFFICES OF ROBERT P. SPRETNAK

By: /s/ Robert P. Spretnak
    Robert P. Spretnak, Esq.

Attorney for Plaintiff

8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

DATED: October 7, 2020.

GARG GOLDEN LAW FIRM

By: /s/ Charles J. Lee
    Anthony B. Golden, Esq.
    Puneet K. Gerg, Esq.
    Charles J. Lee, Esq.

Attorneys for Defendants

3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052

**ORDER**

Based on the parties' stipulation **[ECF No. 17]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 12, 2020

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 2 of 2